FILED
April 14, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>             Plaintiff,       )<br>v.                            )<br>                              )<br>Marcella Villa,               )<br>                              )<br>             Defendant.       ) | Case No. 2:07-cr-515 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Marcella Villa</u> Case <u>2:07-cr-515 WBS</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    __ Unsecured bond in the amount of .

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    X  (Other) <u>PTS conditions/supervision; defendant directed to meet with</u> <u>Pretrial Services at 8:30 a.m. on 4/15/08.</u>

Issued at <u>Sacramento, CA</u> on <u>4/14/08</u>    at  3:34 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge