```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>ARMANDO CHAVEZ,<br>ALEX HERNANDEZ,<br>JUAN VILLA, JR., and<br>MARICELLA VILLA,<br><br>      Defendants. | CR. S-07-0515 WBS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br><br><br><br><br>Hon. William B. Shubb |

The parties request that the status conference currently set for May 11, 2009, be continued to May 26, 2009 at 8:30 a.m., and stipulate that the time beginning May 11, 2009, and extending through May 26, 2009, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv); Local

Code T4.

The parties are in the process of discussing and negotiating the various plea offers in this case. Each defendant will need time to consider his or her offer in light of the discovery. As such, the attorneys for each defendant need more time to review the discovery in this case, discuss that discovery with their respective clients, consider new evidence that may affect the disposition of this case, conduct necessary legal research and investigation, and then discuss with their clients how to proceed. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

Dated: May 8, 2009          By:/s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

Dated: May 8, 2009          By:/s/ Thomas A. Johnson
THOMAS A. JOHNSON
Attorney for defendant
Armando Chavez

Dated: May 8, 2009          By:/s/ Michael B. Bigelow
MICHAEL B. BIGELOW
Attorney for defendant
Alex Hernandez

Dated: May 8, 2009          By:/s/ Daniel M. Davis
DANIEL M. DAVIS
Attorney for defendant
Juan Villa, Jr.

///

///
Dated: May 8, 2009                By: /s/ Kresta N. Daly
                                  KRESTA N. DALY
                                  Attorney for defendant
                                  Maricella Villa

**ORDER**

For the reasons stated above, the status conference in case number CR. S-07-0515 WBS, currently set for May 11, 2009, is continued to May 26, 2009 at 8:30 a.m.; and the time beginning May 11, 2009, and extending through May 26, 2009, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  May 8, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE