**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951
E MAIL: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
JUAN VILLA, JR.

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-07-515-WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND PROPOSED ORDER CONTINUING THE STATUS CONFERENCE TO MONDAY, APRIL 26, 2010 |
| ) | |
| v. ) | |
| ) | |
| JORGE CHAVEZ. et al, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

The United States of American, represented by Assistant United States Attorney, Mr. Michael Beckwith, and defendant Alex Hernandez, represented by Mr. David Cohen, defendant Maricella Villa, represented by attorney, Ms. Kresta Daly, and defendant Juan Villa, represented by attorney , Mr. James R. Greiner, hereby agree and stipulate that the status conference set for Monday, March 1, 2010,  may be vacated off the Court's calendar and rescheduled for Monday, April 26, 2010, at 8:30 a.m..

To date, the government has produced 14 CD's, 8 audio tape recordings (most all of them in the Spanish language), and one video tape recording . Counsel for defendant Juan Villa, Jr., has just been recently been appointed as of August 28, 2009 (See Docket Entry # 170 and whereas the government filed the criminal complaint on

1

1 October 30, 2007, regarding a criminal investigation which the government represents
2 started on or about August 2005 (See Criminal Complaint, page 4, Background of
3 Investigation, CI-1, first sentence of first paragraph). Newly appointed counsel for
4 defendant Juan Villa, Jr., needs a reasonable amount of time to review the discovery
5 to date, to meet and review the discovery with the defendant, to due reasonable
6 investigation in the case, all of which is at least some four (4) years behind the
7 government and two (2) years behind the other defense counsel in the case.

8 Thus, all parties agree and stipulate that a continuance is reasonably warranted
9 under the circumstances of the case and as it regards newly appointed counsel for
10 defendant Juan Villa, Jr..

11 The Court's Courtroom Deputy, Karen Kirksey Smith, was contacted and the
12 Court is available on Monday, April 26, 2010.

### EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

14 The parties agree and stipulate that with new counsel for defendant Juan Villa,
15 Jr., having been appointed on August, 2009,  the interests of justice in granting this
16 reasonable request for a continuance outweighs all other interests in this case for a
17 speedy trial in this case, pursuant to Title 18  section 3161 (h)(7)(B)(iv),
18 corresponding to Local Code T-4 (to allow counsel time to prepare). The parties
19 stipulate and agree that the interests of justice served by granting this continuance
20 outweigh the best interests of the public, the government and the defendants in a
21 speedy trial. (Title 18  section 3161 (h)(7)(B)(iv), corresponding to Local Code T-4
22 (to allow counsel time to prepare.). In addition, the reasonable continuance will allow
23 the parties to in good faith continue to explore possible resolution of this case short of
24 trial which would be a cost savings to both this Court and the government allowing
25 both the Court and the government to use its valuable resources on other matters.

27 ///

2

///

Respectfully submitted:

BENJAMIN WAGNER
UNITED STATES ATTORNEY

/s/ Michael Beckwith, by in person authorization

DATED: 2-24-10  _____
Michael Beckwith
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR PLAINTIFF

/s/ David Cohen, by e mail authorization

DATED: 2-24-10  _____
David Cohen
Attorney for defendant Alex Hernandez

/s/ Kresta Daly, by e mail authorization

DATED: 2-24-10  _____
Kresta Daly
Attorney for defendant Maricella Villa

DATED: 2-14-10   /s/ James R. Greiner
_____
James R. Greiner
Attorney for defendant Juna Villa, Jr.

///
///

3

1
2
3   **ORDER**
4
5   **FOR GOOD CAUSE SHOW, IT IS SO ORDERED.**
6
7   DATED:   February 24, 2010
8
9   _____
10  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4