BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S CR 07-515-WBS |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| JUAN VILLA, JR., MARICELLA VILLA, and ALEX HERNANDEZ, ) | |
| Defendants. ) | |

On February 11, 2010, the court issued a Minute Order continuing the status conference in this case from February 16, 2010, to March 1, 2010.  The parties stipulate that the time beginning February 16, 2010, and extending through March 1, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

1  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

2     The parties need additional time for preparation.  Moreover, James Greiner began representing Juan Villa, Jr. on August 28, 2009, and is still in the process of reviewing the discovery in this case.  Therefore, the parties have agreed and respectfully request that the Court reschedule the status conference for March 1, 2010, at 8:30 a.m.  Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(iv), Local Code T4.

IT IS SO STIPULATED.

                                      BENJAMIN B. WAGNER
                                    United States Attorney

DATED: February 24, 2010       By:  /s/  Michael M. Beckwith
                                      MICHAEL M. BECKWITH
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

DATED: February 24, 2010       By:  /s/ David J. Cohen
                                      DAVID J. COHEN
                                      Attorney for Defendant
                                      ALEX HERNANDEZ

DATED: February 24, 2010       By:  /s/ Kresta Daly
                                      KRESTA DALY
                                      Attorney for Defendant
                                      MARICELLA VILLA

DATED: February 24, 2010       By:  /s/ James Greiner
                                      JAMES GREINER
                                      Attorney for Defendant
                                      JUAN VILLA, Jr.

**ORDER**

For the reasons stated above, the status conference in case number CR. S-07-0515 WBS, currently set for February 16, 2010, is continued to March 1, 2010; and the time beginning February 16, 2010, and extending through March 1, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   February 24, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE