DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Alex Hernandez**


IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S CR 07-515-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER RESCHEDULING STATUS** |
| | ) | **CONFERENCE, AND EXCLUDING TIME** |
| JUAN VILLA, JR., | ) | **UNDER THE SPEEDY TRIAL ACT** |
| MARICELLA VILLA, and | ) | |
| ALEX HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The parties stipulate that the status conference set for April 26, 2010 be continued to May 24, 2010 at 8:30 a.m.  The parties further stipulate that the time beginning April 26, 2010, and extending through May 24, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

1

Therefore, the parties have agreed and respectfully request that the Court reschedule the status conference for May 24, 2010 at 8:30 a.m.  Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(iv), Local Code T4.

**IT IS SO STIPULATED.**

BENJAMIN B. WAGNER

United States Attorney

DATED: April 23, 2010        By:   /s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

DATED: April 23, 2010        By:   /s/ David J. Cohen
                                   DAVID J. COHEN
                                   Attorney for Defendant
                                   ALEX HERNANDEZ

DATED: April 23, 2010        By:   /s/ Kresta Daly
                                   KRESTA DALY
                                   Attorney for Defendant
                                   MARICELLA VILLA

DATED: April 23, 2010        By:    /s/ James Greiner
                                   JAMES GREINER
                                   Attorney for Defendant
                                   JUAN VILLA, JR.

## ORDER

For the reasons stated above, the status conference in case number CR S-07-0515-WBS, currently set for April 26, 2010, is continued to May 24, 2010 at 8:30 a.m.; and the time beginning April 26, 2010, and extending through May 24, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

Dated: April 23, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE