DAVID J. COHEN, ESQ.
California Bar No. 145748
BAY AREA CRIMINAL LAWYERS, PC
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant Alex Hernandez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR S CR 07-515-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RESCHEDULING STATUS |
| | ) | CONFERENCE, AND EXCLUDING TIME |
| JUAN VILLA, JR., | ) | UNDER THE SPEEDY TRIAL ACT |
| MARICELLA VILLA, and | ) | |
| ALEX HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

The parties stipulate that the status conference set for May 24, 2010 be continued to June 1, 2010.  The parties further stipulate that the time beginning May 24, 2010, and extending through June 1, 2010, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

Therefore, the parties have agreed and respectfully request that the Court reschedule the status conference for June 1, 2010 at 8:30 a.m.  Accordingly, the parties stipulate that time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(iv), Local Code T4.

IT IS SO STIPULATED.

BENJAMIN B. WAGNER

United States Attorney

DATED: May 21, 2010        By:  /s/ Michael M. Beckwith
                                MICHAEL M. BECKWITH
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

DATED: May 21, 2010        By:  /s/ David J. Cohen
                                DAVID J. COHEN
                                Attorney for Defendant
                                ALEX HERNANDEZ

DATED: May 21, 2010        By:  /s/ Kresta Daly
                                KRESTA DALY
                                Attorney for Defendant
                                MARICELLA VILLA

DATED: May 21, 2010        By:   /s/ James Greiner
                                JAMES GREINER
                                Attorney for Defendant
                                JUAN VILLA, JR.

2

<u>ORDER</u>

For the reasons stated above, the status conference in case number CR S-07-0515-WBS, currently set for May 24, 2010, is continued to June 1, 2010; and the time beginning May 24, 2010, and extending through June 1, 2010, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation.  The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 26, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE