KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aricela Villa


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:07cr00515 |
|                      Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
|          v. | ) DATE:  August 16, 2010 |
| | ) TIME:  8:30 a.m. |
| ARICELA VILLA, | ) JUDGE: Honorable William Schubb |
|                      Defendants. | ) |
| | ) |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, Aricela Villa, through her counsel, KRESTA DALY, that the sentencing hearing of August 23, 2010 be vacated and that sentencing hearing be set for October 18, 2010 at 8:30 a.m.

//
//
//
//
//

//

DATED:  June 7, 2010            Respectfully submitted,


                                  __s/Kresta Daly_____
                                  KRESTA DALY
                                  Attorney for Aricela Villa



                                  ___s/Kresta Daly_____
DATED:  June 7, 2010            Michael Beckwith
                                  Assistant United States Attorney


                        **O R D E R**


     **IT IS SO ORDERED.**

DATED:  June 7, 2010

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE