KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aricela Villa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:07cr00515 |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE:  October 18, 2010 |
| | ) TIME:   8:30 a.m. |
| MARICELLA VILLA, | ) JUDGE: Honorable William Schubb |
| Defendants. | ) |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, Maricella Villa, through her counsel, KRESTA DALY, that the sentencing hearing of October 18, 2010 be vacated and that the sentencing hearing be set for January 24, 2011 at 8:30 a.m.

//
//
//
//
//
//

1

DATED:   October 14, 2010          Respectfully submitted,


                                   s/Kresta Daly
                                   KRESTA DALY
                                   Attorney for Aricela Villa



                                   s/Kresta Daly
DATED:   October 14, 2010          Michael Beckwith
                                   Assistant United States Attorney



**O R D E R**

**IT IS SO ORDERED.**

DATED:   October 14, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE