1  KRESTA NORA DALY, SBN 199689
   Rothschild Wishek & Sands, LLP
2  901 F Street, Suite 200
3  Sacramento, CA 95814

4  Attorney for Ariceli Villa

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No.: 2:07cr00515-07 WBS
                                    )
12          Plaintiff,              ) STIPULATION AND ORDER
                                    )
13     v.                           )
                                    )
14 ARICELI VILLA,                   )
                                    )
15          Defendants.             )
16 ─────────────────────────────────)

17     It is hereby stipulated and agreed to between the United

18 States of America through MICHAEL BECKWITH, Assistant U.S.

19 Attorney, Pre-Trial Services Officer Becky Fidelman and

20 defendant, Ariceli Villa, through her counsel, KRESTA DALY, that

21 the pre-trial release condition requiring Ms. Villa to wear an

22 electronic monitoring be stricken and the electronic monitoring

23 device be removed forthwith.

24 //
25 //
26 //
27 //
28 //

1

```
DATED:   November 2, 2010          Respectfully submitted,


                                    s/Kresta Daly_____
                                   KRESTA DALY
                                   Attorney for Ariceli Villa




DATED:   November 2, 2010           s/Kresta Daly_____
                                   Michael Beckwith
                                   Assistant United States Attorney




Dated:   November 2, 2010          s/Kresta Daly_____
                                   Becky Fiddleman
                                   Pre-Trial Services
```

**O R D E R**

**IT IS SO ORDERED.**

DATED:   November 5, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE