KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aricela Villa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:07cr00515-07 |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) |
| v. | ) DATE:  January 24, 2011 |
| | ) TIME:  8:30 a.m. |
| ARICELA VILLA, | ) JUDGE: Honorable William Shubb |
| | ) |
| Defendants. | ) |
| ———————————————————— | ) |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, Aricela Villa, through her counsel, KRESTA DALY, that the sentencing hearing of January 24, 2011 be vacated and that the sentencing hearing be set for April 25, 2011 at 8:30 a.m.

//
//
//
//
//
//

1

DATED:    January 20, 2011        Respectfully submitted,


                                  __s/Kresta Daly_____
                                  KRESTA DALY
                                  Attorney for Aricela Villa




                                  __s/Kresta Daly_____
DATED:    January 20, 2011        Michael Beckwith
                                  Assistant United States Attorney



                          O R D E R

    **IT IS SO ORDERED.**

DATED:      January 21, 2011

                                  WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE