KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aricela Villa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07cr00515 |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE:  April 25, 2011 |
| | TIME:  8:30 a.m. |
| ARICELA VILLA, | JUDGE: Honorable William Schubb |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, Aricela Villa, through her counsel, KRESTA DALY, that the sentencing hearing of April 25, 2011 be vacated and that the sentencing hearing be set for August 29, 2011 at 8:30 a.m.

//
//
//
//
//
//

1

```
DATED:   April 22, 2011            Respectfully submitted,



                                   s/Kresta Daly_____
                                   KRESTA DALY
                                   Attorney for Aricela Villa




                                   s/Kresta Daly_____
DATED:   April 22, 2011            Michael Beckwith
                                   Assistant United States Attorney
```

**O R D E R**

**IT IS SO ORDERED.**

DATED:    April 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE