KRESTA NORA DALY, SBN 199689
Rothschild Wishek & Sands, LLP
901 F Street, Suite 200
Sacramento, CA 95814

Attorney for Aricela Villa

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:07cr00515-07 WBS |
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) DATE:  August 29, 2011 |
| ARICELA VILLA, | ) TIME:  8:30 a.m. |
| Defendants. | ) JUDGE: Honorable William Schubb |

It is hereby stipulated and agreed to between the United States of America through MICHAEL BECKWITH, Assistant U.S. Attorney, and defendant, Aricela Villa, through her counsel, KRESTA DALY, that the sentencing hearing of August 29, 2011 be

///
///
///
///
///
///
///
///

vacated and that sentencing hearing be set for November 7, 2011 at 8:30 a.m.

DATED:   August 22, 2011        Respectfully submitted,


                                               s/Kresta Daly_____
                                               KRESTA DALY
                                               Attorney for Aricela Villa


                                               s/Kresta Daly_____
DATED:   August 22, 2011        Michael Beckwith
                                               Assistant United States Attorney


                                        **O R D E R**

    **IT IS SO ORDERED.**

DATED:   August 24, 2011

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE