Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
ARICELA VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:07-CR-515-07 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| ARICELA VILLA, | Date:  August 13, 2012<br>Time:  9:30 a.m.<br>Judge: Honorable William B. Schubb |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel, Kresta Nora Daly, that the sentencing set for August 13, 2012 be vacated and that a new sentencing date be set for November 13, 2012 at 9:30 a.m.

Dated: August 8, 2012.          Respectfully submitted,

BARTH TOZER & DALY LLP


By     /s/ Kresta Nora Daly
        KRESTA NORA DALY
    Attorneys for ARICELA VILLA


Dated: August 8, 2012       By     /s/ Kresta Nora Daly
                                    MICHAEL BECKWITH
                                Assistant United States Attorney

{00006902}

STIPULATION AND [PROPOSED] ORDER                              [Case No. 2:07-CR-00515-WBS]

**O R D E R**

**IT IS SO ORDERED.**

Dated:   August 9, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

BARTH TOZER & DALY LLP
ATTORNEYS AT LAW
SACRAMENTO, CALIFORNIA

{00006902}

STIPULATION AND [PROPOSED] ORDER                                       [Case No. 2:07-CR-00515-WBS]