Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
ARICELA VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>ARICELA VILLA,<br><br>         Defendant. | Case No. 2:07-CR-515-WBS<br><br>**STIPULATION AND ORDER**<br><br>Date:  August 13, 2012<br>Time:  9:30 a.m.<br>Judge: Honorable William B. Schubb |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel, Kresta Nora Daly, that the sentencing set for April 15, 2013 be vacated and that a new sentencing date be set for May 20, 2013 at 9:30 a.m.

Dated: April 2, 2013.          Respectfully submitted,

                               BARTH TOZER & DALY LLP


                               By     /s/ Kresta Nora Daly
                                      KRESTA NORA DALY
                                 Attorneys for ARICELA VILLA


Dated:  April 2, 2013          By     /s/ Kresta Nora Daly
                                      MICHAEL BECKWITH
                                 Assistant United States Attorney

{00008073}

STIPULATION AND [PROPOSED] ORDER                               [Case No. 2:07-CR-00515-WBS]

**O R D E R**

**IT IS SO ORDERED.**

Dated:  April 05, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE