1  Kresta Nora Daly, SBN 199689
   **BARTH TOZER & DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@btdlaw.net

5  Attorneys for Defendant
   ARICELA VILLA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | UNITED STATES OF AMERICA, | Case No. 2:07-CR-515-WBS |
|----|---------------------------|--------------------------|
| 12 | Plaintiff, | **STIPULATION AND ORDER** |
| 13 | v. | |
| 14 | ARICELA VILLA, | Date:  September 30, 2013<br>Time:  9:30 a.m. |
| 15 | Defendant. | Judge: Honorable William B. Schubb |

16

17      It is hereby stipulated and agreed to between the United States of America through

18  Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel,

19  Kresta Nora Daly, that the sentencing set for September 30, 2013 be vacated and that a new

20  sentencing date be set for November 18, 2013 at 9:30 a.m.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

- 1 -

Dated: September 25, 2013.        Respectfully submitted,

BARTH TOZER & DALY LLP


By   /s/ Kresta Nora Daly
     KRESTA NORA DALY
     Attorneys for ARICELA VILLA


Dated: September 25, 2013.   By   /s/ Kresta Nora Daly
                                  MICHAEL BECKWITH
                                  Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

Dated: September 25, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

{00009525}                          - 2 -

STIPULATION AND [PROPOSED] ORDER                [Case No. 2:07-CR-00515-WBS]