1  Kresta Nora Daly, SBN 199689
   **BARTH TOZER & DALY LLP**
2  431 "I" Street, Suite 201
   Sacramento, California 95814
3  Telephone: (916) 440-8600
   Facsimile:  (916) 440-9610
4  Email:  kdaly@btdlaw.net

5  Attorneys for Defendant
   ARICELA VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:07-CR-515-07 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| ARICELA VILLA, | Date:  November 18, 2013<br>Time:  9:30 a.m. |
| Defendant. | Judge: Honorable William B. Schubb |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel, Kresta Nora Daly, that the sentencing set for November 18, 2013 be vacated and that a new sentencing date be set for January 13, 2014 at 9:30 a.m.

///
///
///
///
///
///
///
///

Dated: November 14, 2013.        Respectfully submitted,

BARTH TOZER & DALY LLP


By    /s/ Kresta Nora Daly
       KRESTA NORA DALY
     Attorneys for ARICELA VILLA


Dated: November 14, 2013.        By    /s/ Kresta Nora Daly
                                        MICHAEL BECKWITH
                                      Assistant United States Attorney

**O R D E R**

**IT IS SO ORDERED.**

**Dated: November 15, 2013**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER                              [Case No. 2:07-CR-00515-WBS]