Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@btdlaw.net

Attorneys for Defendant
ARICELA VILLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ARICELA VILLA,<br><br>    Defendant. | Case No. 2:07-CR-515-07 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Date:  January 13, 2014<br>Time:  9:30 a.m.<br>Judge:  Honorable William B. Schubb |

It is hereby stipulated and agreed to between the United States of America through Michael Beckwith, Assistant U.S. Attorney, and defendant Aricela Villa, through her counsel, Kresta Nora Daly, that the sentencing set for January 13, 2014 be vacated and that a new sentencing date be set for March 10, 2014 at 9:30 a.m.

///

///

///

///

///

///

///

///

Dated: January 7, 2014.                Respectfully submitted,

BARTH TOZER & DALY LLP

By     /s/ Kresta Nora Daly
     KRESTA NORA DALY
Attorneys for ARICELA VILLA

Dated: January 7, 2014.                By     /s/ Kresta Nora Daly
     MICHAEL BECKWITH
     Assistant United States Attorney

**O R D E R**

    **IT IS SO ORDERED.**

**Dated: January 13, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE